# United States District Court
# Northern District of Illinois

In the Matter of

Calvin Smith

v.

Thomas Dart, et al.

District Judge Franklin U. Valderrama

Case No. 20-CV-7119

Designated Magistrate Judge
Beth W. Jantz

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Sara L. Ellis to be related to 1:20-cv-02956 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

**Judge Franklin U. Valderrama**

Date: Friday, January 21, 2022

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Franklin U. Valderrama

### ENTER

### FOR THE EXECUTIVE COMMITTEE

**Chief Judge Rebecca R. Pallmeyer**

Dated: Friday, January 21, 2022

District Reassignment - Finding of Relatedness